SEALED
BY ORDER OF THE COURT

EDWARD H. KUBO, JR.        #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON          #4532
Assistant U.S. Attorney

WES REBER PORTER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
telephone:    541-2850
facsimile:    541-2958
e-mail:       wes.porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 16 2003

at ___ o'clock and ___ min ___ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    vs.<br><br>JOSE CERVANTES,<br><br>           Defendant. | CR NO. CR03 00354 SOM<br><br>**INDICTMENT**<br><br>[26 U.S.C. § 5845(a), (b) and 5861(d)] |

I N D I C T M E N T
(26 U.S.C. § 5861(d))

The Grand Jury charges that:

On or about June 17, 2003, in the District of Hawaii, defendant JOSE CERVANTES, did knowingly receive and possess a machinegun, to wit: a MAC 10 .45 caliber, which was not

registered to him in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5845(a),(b) and 5861(d).

DATED: July 16, 2003, at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Assistant U.S. Attorney

WES REBER PORTER
Assistant U.S. Attorney

United States v. JOSE CERVANTES
Cr. No.
"INDICTMENT"