PROB 22
(Rev. 2/88)

**ORIGINAL** **TRANSFER OF JURISDICTION**

| | | |
|---|---|---|
| | | DOCKET NUMBER (Tran. Court) |
| | | CR 03-00354SOM-01 |
| NAME OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DOCKET NUMBER (Rec. Court) |
| | District of Hawaii | **CR07-01300** |
| JOSE CERVANTES | | DIVISION |
| | NAME OF SENTENCING JUDGE | Honolulu GAF |
| | SUSAN OKI MOLLWAY | FILED IN THE |
| | | UNITED STATES DISTRICT COURT |
| | | DISTRICT OF HAWAII |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 9/20/2005  TO 9/19/2008  JAN 17 2008 |
| | | SUE BEITIA, CLERK |

OFFENSE

POSSESSION OF AN UNREGISTERED MACHINE GUN, in violation of 26 U.S.C. §§ 5845(a)(b), and 5861(d), a Class C felony.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Central District of California (West Covina) upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

OCT 2 3 2007
_____
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Central District of California (West Covina)

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

November 20, 2007
_____
Effective Date

ALICEMARIE H. STOTLER
_____
Chief   United States District Judge

RECEIVED PROBATION OFFICE
HONOLULU HAWAII
JAN 11:09
'08
U.S. PROBATION OFFICE

Post-It® Fax Note    7671    Date 1-16-08    # of pages 1
To Denise Kawana    From USA Sandoval
Co./Dept.    Co.
Phone #    Phone #
Fax # 808-541-1345    Fax #